

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00475-CV

**IN THE INTEREST OF D.M.B.**, Jr., Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00828
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:  August 6, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellee, which has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM